UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CHARLES WILLIS,

                              Plaintiff,

           vs                                        9:09-CV-679

JAMES CAMPBELL, Sheriff; and CHRISTOPHER
ABRAMS, Deputy Sheriff, Each of Albany County,

                              Defendants.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

APPEARANCES:

CHARLES WILLIS
Plaintiff, Pro Se
PO Box 10122
Albany, NY 12202

ROBERT P. ROCHES, ESQ.
Attorney for Defendants
36 South Pearl Street
Albany, NY 12207

DAVID N. HURD
United States District Judge

## DECISION and ORDER

       Plaintiff, Charles Willis, commenced this civil rights action in June 2009, pursuant to 42 U.S.C. § 1983.  By Report-Recommendation dated November 1, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the case be dismissed with prejudice in its entirety for failure to prosecute.  No objections to the Report-Recommendation have been filed.

Based upon a careful review of the file, and the recommendations of Magistrate Judge Baxter, the Report-Recommendation is accepted and adopted in all respects. See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that the above matter is DISMISSED WITH PREJUDICE in its entirety.

The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
United States District Judge

Dated: November 30, 2010
       Utica, New York.